[No. 24450-1-II.    Division Two.    April 28, 2000.]

THE STATE OF WASHINGTON, *Appellant*, v. BRYAN ANTHONY RASH, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-01325-9, Bryan Edward Chushcoff, J., entered February 22, 1999. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Bridgewater, J.; Hunt, A.C.J., dissenting.

[No. 43235-4-I.    Division One.    May 1, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLETTA MARIE ANDERSON, *Defendant*, RICKY LEE JONES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-01541-8, Marilyn R. Sellers, J., entered August 3, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 43416-1-I.    Division One.    May 1, 2000.]

KEY BANK OF WASHINGTON, *Respondent*, v. JAMES D. HANSON, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Skagit County, No. 93-2-00828-0, Susan Kae Cook, J., entered August 21, 1998. *Affirmed in part* and *reversed in part* by unpublished opinion per Grosse, J., concurred in by Agid, C.J., and Kennedy, J.

[No. 43508-6-I.    Division One.    May 1, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. WALTER JOHN KING, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-05167-8, Marsha J. Pechman, J., entered October 12, 1998. *Affirmed* by unpublished per curiam opinion.